Gertrude Acker and Others, Appellants, v. Ernest A. Ritchie, Sued Herein as " Edward " A. Ritchie, the Name " Edward " Being Fictitious, etc., Respond-

ent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.